# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| ERIC ADAMS, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>3M COMPANY and<br>AEARO TECHNOLOGIES LLC,<br><br>　　　　Defendants. | Case No. 0:21-cv-903-JRT-KMM |
| PETER BARHAM, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>3M COMPANY and<br>AEARO TECHNOLOGIES LLC,<br><br>　　　　Defendants. | Case No. 0:21-cv-905-JRT-KMM |
| MARK BLIVEN, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>3M COMPANY and<br>AEARO TECHNOLOGIES LLC,<br><br>　　　　Defendants. | Case No. 0:21-cv-908-JRT-KMM |

| | |
|---|---|
| MICHAEL COOK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> 3M COMPANY and <br> AEARO TECHNOLOGIES LLC, <br><br> Defendants. | Case No. 0:21-cv-909-JRT-KMM |
| BRENT JACOBS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> 3M COMPANY and <br> AEARO TECHNOLOGIES LLC, <br><br> Defendants. | Case No. 0:21-cv-910-JRT-KMM |
| WILLIAM ACKERMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> 3M COMPANY and <br> AEARO TECHNOLOGIES LLC, <br><br> Defendants. | Case No. 0:21-cv-1098-JRT-KMM |

| | |
|---|---|
| JAMES PERRY,<br><br>        Plaintiff,<br><br>  v.<br><br>3M COMPANY and<br>AEARO TECHNOLOGIES LLC,<br><br>        Defendants. | Case No. 0:21-cv-1101-JRT-KMM |
| MATTHEW KEEN,<br><br>        Plaintiff,<br><br>  v.<br><br>3M COMPANY and<br>AEARO TECHNOLOGIES LLC,<br><br>        Defendants. | Case No. 0:21-cv-1104-JRT-KMM |

## **DEFENDANTS' NOTICE OF APPEAL**

Notice is hereby given that Defendants 3M Company and Aearo Technologies LLC hereby appeal to the United States Court of Appeals for the Eighth Circuit from the Order granting Plaintiffs' Motions to Remand, entered in these actions on the 29th day of July 2021. The entire Order is reviewable on appeal under 28 U.S.C. § 1447(d) because Defendants removed this case under 28 U.S.C. § 1442.

Dated: August 6, 2021                  Respectfully submitted,

                                       s/ Benjamin W. Hulse
                                       Jerry W. Blackwell (MN #186867)
                                       Benjamin W. Hulse (MN #0390952)
                                       S. Jamal Faleel (MN #0320626)
                                       BLACKWELL BURKE P.A.
                                       431 South Seventh Street, Suite 2500
                                       Minneapolis, MN 55415
                                       Phone: (612) 343-3200
                                       Email:  blackwell@blackwellburke.com
                                               bhulse@blackwellburke.com
                                               jfaleel@blackwellburke.com

                                       **Counsel for Defendants 3M Company and Aearo Technologies LLC**